# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DAKOTA S.,**[1]

         **Plaintiff,**

   **v.**                              **Civil Action 2:24-cv-3041**
                                                **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL
SECURITY**

         **Defendant.**

## ORDER

    This matter is before the Court for consideration of the parties' Joint Motion to Remand. (ECF No. 8.)  Per the parties' agreement, on remand, the Appeals Council will remand the matter to the Administrative Law Judge for further proceedings and the ALJ will take any further action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision. Accordingly, this case is **REMANDED** to the Commissioner and the Administrative Law Judge under Sentence Four of § 405(g) for further proceedings.

    **IT IS SO ORDERED.**

                                      /s/ *Chelsey M. Vascura*
                                      CHELSEY M. VASCURA
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment, or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.